# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# CIVIL CASE INFORMATION STATEMENT (CIS)

DCM FORM NO. 1

**CAPTION:** Gary Grinberg

**Consent to the Jurisdiction of a Magistrate Judge**
YES ☑  NO ☐

**If YES, have You Filled Out the Appropriate Form?**
YES ☑  NO ☐

**CASE NO.:** 1:01CV2371

FILED 01 OCT 12 PM [illegible]
RECEIVED NORTHERN DISTRICT OF OHIO CLEVELAND

**JUDGE:** JUDGE NUGENT

**MAGISTRATE JUDGE:** MAG. JUDGE HEMANN

**TRACK ASSIGNMENT REQUESTED**

Administrative ☐    Expedited ☐    Standard ☑    Complex ☐    Mass Torts ☐

**ALTERNATIVE DISPUTE RESOLUTION - IS THIS CASE SUITABLE FOR DISPOSITION BY ADR? IF SO, BY WHICH ADR PROCESS(ES):**

Early Neutral Evaluation ☐ (See LR 16.5(a))
Mediation ☐ (See LR 16.6(a))
Arbitration ☐ (See LR 16.7(a))
Summary Jury Trial ☐ (See LR 16.8(a))
Summary Bench Trial ☐ (See LR 16.9(a))
Other ☐ (See LR 16.10)

Is this case suitable for electronic filing? (See guidelines on reverse side.)
____ Yes  ____ No, if no, why not _____

Briefly describe the case; include any special characteristics that may warrant extended discovery or accelerated disposition. If complex or expedited track assignment is requested, explain why. (Use Separate Sheet if Additional Space is Required):

**RELATED CASE?** YES ☐  NO ☐  CASE NO. _____  JUDGE _____

**ATTORNEY NAME AND BAR I.D. NUMBER**

**TELEPHONE NUMBER** ( )

**FIRM NAME AND ADDRESS**

**PARTY NAME - DOCUMENT TYPE**

The information provided on the CIS statement will be used for administrative purposes only LR 3.13(b)

c:\wptext\forms\cisform.DCM
revised October 1997

DCM FORM NO. 1