UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GARY GRINBERG, | ) | CASE NO. 1: 01 CV 2371 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| COUNTY OF CUYAHOGA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

In accordance with the Opinion and Order of this date, plaintiff's complaint is hereby dismissed.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: July 25, 2002